IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CONRAY CARROLL                                                                                          PETITIONER

v.                                        NO. 5:11CV00003 SWW

RAY HOBBS, Director of the                                                                        RESPONDENT
Arkansas Department of Correction

### JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs; all requested relief is denied.

IT IS SO ORDERED this 16th day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE